IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEED RESEARCH, INC., doing business as DRI Title & Escrow, a Nebraska corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV398 |
| v. | ) ) | |
| WILLIS OF MINNESOTA, INC., doing business as Willis of Nebraska, a foreign corporation; and CAROLINE KRUEGER, an individual, | ) ) ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation regarding electronic discovery (Filing No. 33). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted and shall govern this action unless otherwise ordered by the Court.

DATED this 3rd day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court