```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEED RESEARCH, INC., doing business as DRI Title & Escrow, a Nebraska corporation,          ) ) ) ) ) | | |
| Plaintiff,         ) ) | 8:11CV398 | |
| v.         ) ) | | |
| WILLIS OF MINNESOTA, INC., doing business as Willis of Nebraska, a foreign corporation; and CAROLINE KRUEGER, an individual,          ) ) ) ) ) ) | ORDER | |
| Defendant.         ) _____) | | |

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 36). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. This action and any claims filed by the parties are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 11th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court